UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, Case No. 1:16−cv−914

v.

ENBRIDGE ENERGY, LIMITED PARTNERSHIP, et al.,

Defendants.
________________________________/

**CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO: Steven Willey

RE: Motion to Alter Judgment (ECF No. 34)
Brief in Support of a Motion (ECF No. 35)

REASON FOR NOTICE: The signature represented on the document does not match the login name under which it was electronically filed.

RECOMMENDED ACTION: None. However, if attorney Sasha Alvarenga would like to be added to the case, Sasha Alvarenga should enter an appearance, under her own login.

INFORMATION FOR FUTURE REFERENCE: Local Civil Rule 5.7(e) requires the identity of the registered attorney submitting the electronically filed document be reflected at the end of the document by means of an "s/[attorney's name]" block showing the attorney's name, followed by the attorney's business address, telephone number, and e−mail address.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290−2742 or (616) 456−2206.

CLERK OF COURT

Dated: June 7, 2023 By: /s/ S. Kivela
Deputy Clerk