UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ENBRIDGE ENERGY, LIMITED PARTNERSHIP, et al.,

Defendants.
______________________________/

Case No. 1:16−cv−914

Judge Robert J. Jonker and
Magistrate Judge Sally J. Berens

**NOTICE REGARDING REASSIGNMENT OF CASE**

NOTICE is hereby given that this case has been reassigned to Judge Robert J. Jonker and Magistrate Judge Sally J. Berens for all further proceedings under Administrative Order number 22−CA−116. Magistrate Judge Ellen S. Carmody and Judge Gordon J. Quist is no longer assigned to the case.

Unless notified otherwise under separate notification, all current deadlines and any scheduled hearings will remain as previously scheduled.

CLERK OF COURT

Dated: June 7, 2023

By: /s/ S. Kivela
Deputy Clerk