**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ENBRIDGE ENERGY, LIMITED PARTNERSHIP, ENBRIDGE PIPELINES (LAKEHEAD) L.L.C., ENBRIDGE ENERGY PARTNERS, L.P., ENBRIDGE ENERGY MANAGEMENT, L.L.C., ENBRIDGE ENERGY COMPANY, INC., ENBRIDGE EMPLOYEE SERVICES, INC., ENBRIDGE OPERATIONAL SERVICES, INC., ENBRIDGE PIPELINES INC., and ENBRIDGE EMPLOYEE SERVICES CANADA, INC.,

Defendants.

Case No. 1:16-cv-914

Hon. Robert J. Jonker

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW APPEARANCES OF DAVID H. COBURN AND WILLIAM T. HASSLER**

This matter having come before the Court on Defendants' unopposed motion to withdraw the appearances of David H. Coburn and William T. Hassler as counsel for Defendants, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED as follows:

1. Defendants' motion is GRANTED.

2. The appearances of David H. Coburn and William T. Hassler as counsel

for Defendants are withdrawn.

**IT IS SO ORDERED.**

Dated: January 7, 2025

/s/ Robert J. Jonker
Hon. Robert J. Jonker
United States District Court Judge