**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 1:16-cv-914

Hon. Robert J. Jonker

ENBRIDGE ENERGY, LIMITED PARTNERSHIP, ENBRIDGE PIPELINES (LAKEHEAD) L.L.C., ENBRIDGE ENERGY PARTNERS, L.P., ENBRIDGE ENERGY MANAGEMENT, L.L.C., ENBRIDGE ENERGY COMPANY, INC., ENBRIDGE EMPLOYEE SERVICES, INC., ENBRIDGE OPERATIONAL SERVICES, INC., ENBRIDGE PIPELINES INC., and ENBRIDGE EMPLOYEE SERVICES CANADA, INC.,

Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO WITHDRAW APPEARANCE OF STEVEN J. WILLEY**

This matter having come before the Court on Defendants' unopposed motion to withdraw the appearance of Steven J. Willey as counsel for Plaintiff, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED as follows:

1. Defendants' motion is GRANTED.

2. The appearances of Steven J. Willey as counsel for Plaintiff is withdrawn.

**IT IS SO ORDERED.**

Dated: January 30, 2025

/s/ Robert J. Jonker
Hon. Robert J. Jonker
United States District Court Judge